IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM THOMAS and<br>DELENE THOMAS<br><br>        Plaintiffs,<br><br>    v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>        Defendants. | :<br>:<br>:  CIVIL ACTION NO. 02-CV-3300<br>:<br>:<br>:<br>:<br>:  ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____          _____
Hope S. Freiwald                                            Aline Fairweather

_____          _____
Alison T. Conn                                              Kirstin J. Miller

Dated: July 25, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000